*E-Filed 3/15/11*

1  MELINDA HAAG (CA Bar No. 132612)
   United States Attorney
2  JOANN M. SWANSON (CA Bar No. 88143)
   Chief, Civil Division
3  SARA WINSLOW (DC Bar No. 457643)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
5      Telephone: (415) 436-6925
       Facsimile: (415) 436-6748
6      Sara.Winslow@usdoj.gov
   Attorneys for Plaintiff
7

   UNITED STATES DISTRICT COURT
8
   NORTHERN DISTRICT OF CALIFORNIA
9
   SAN FRANCISCO DIVISION
10

11  THE PRESIDIO TRUST,                    )
                                           )   No. C 11-1139 RS
                    Plaintiff,             )
12                                         )
                                           )
13        v.                               )
                                           )   **NOTICE OF DISMISSAL AND**
    ROBERT EDWIN STOKES,                   )   **REQUEST TO VACATE TEMPORARY**
14                                         )   **RESTRAINING ORDER;**
                                           )   **[PROPOSED] ORDER**
15                  Defendant.             )
                                           )
16  _____)

17       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff the Presidio Trust hereby dismisses

18  this action without prejudice.  Defendant has not yet served any answering papers or otherwise

19  appeared in this case.

20       On March 10, 2011, the United States filed a criminal complaint against the Defendant

21  in this action, Robert Edwin Stokes, alleging the same conduct that is at issue in the instant civil

22  action.  See Case No. 3:11-mj-70251 JCS.  Defendant is currently in custody, with a detention

23  hearing scheduled for March 17, 2011.  In light of the pending criminal case, the Presidio Trust

24  requests that this Court vacate the Temporary Restraining Order entered on March 10, 2011,

25  including the hearing date and briefing schedule ordered therein.  A proposed order follows.

26   Dated: March 15, 2011                       Respectfully submitted,

27                                               MELINDA HAAG
                                                 United States Attorney
28                                                  /s/
                                                 _____
                                                 SARA WINSLOW
                                                 Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Pursuant to the Presidio Trust's Notice of Dismissal and Request to Vacate Temporary Restraining Order, IT IS HEREBY ORDERED THAT:

1. This case is hereby dismissed and the Clerk shall close the file.

2. The Temporary Restraining Order entered on March 10, 2011 is hereby vacated, along with the March 23, 2011 hearing on the Order to Show Cause, and the associated briefing schedule.

IT IS SO ORDERED.

Dated:    __3/15/11_____          _____
                                                          HON.  RICHARD SEEBORG
                                                          United States District Judge